# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERLENE RAYE ROBBINS,**

      **Plaintiff,**

**-vs-**                                   **Case No. 6:11-cv-1061-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

## ORDER

This case is before the Court on the Unopposed Motion to Remand (Doc. No. 11) filed October 13, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 13, 2011 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion to Remand is **GRANTED**.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g).

4. This Court will retain jurisdiction over this case.

5. The Clerk of the Court is directed to administratively close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge